# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14cv21

| | |
|---|---|
| IMPULSE MONITORING, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     ORDER |
| | ) |
| HUMANA HEALTH PLAN, INC., | ) |
| | ) |
|     Defendant. | ) |

Pending before the Court is the Joint Motion to Stay [# 6]. The parties move to stay these proceedings while they engage in an attempt to negotiate a global settlement of the numerous legal disputes pending between the parties throughout the United States. Upon a review of the record and the parties' motion, the Court **GRANTS** the motion [# 6]. The Court **STAYS** these proceedings pending further Order of the Court. The parties shall file a joint status report within sixty (60) days of the entry of this Order informing the Court of the status of the global negotiations. Specifically, the joint status report should indicate whether a global settlement was reached or whether the Court should lift the stay and allow this case to proceed. The Court **DENIES** with leave to renew the Motion to Dismiss [# 3]. Defendant may renew its motion within ten (10) days of the Court lifting the stay in this case.

Signed: June 24, 2014

Dennis L. Howell
United States Magistrate Judge