IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14cv21

| | |
|---|---|
| IMPULSE MONITORING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUMANA HEALTH PLAN, INC., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

Previously, the Court stayed these proceedings to facilitate settlement negotiations. (Order, Aug. 25, 2014.) On October 24, 2014, the parties submitted a Status Report with the Court requesting that the Court lift the stay and allow this case to proceed on the merits. Upon a review of the record and the parties' Status Report, the Court **LIFTS** the stay in this case. Defendant shall have thirty (30) days from the entry of this Order to answer or otherwise respond to the Complaint.

Signed: November 4, 2014

Dennis L. Howell
United States Magistrate Judge