# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14cv21

| | |
|---|---|
| IMPULSE MONITORING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HUMANA HEALTH PLAN, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Motion to Stay [# 13]. Defendant moves to stay these proceedings pending resolution of the Motion to Transfer pursuant to 29 U.S.C. § 1407, which Defendant filed with the Judicial Panel on Multidistrict Litigation. Plaintiff does not oppose staying this case pending a determination by the Judicial Panel. Upon a review of the record, the parties' pleadings, and the relevant legal authority, the Court **GRANTS** the motion [# 13]. The Court **STAYS** these proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation. Upon a ruling by the Judicial Panel, either party may move to lift the stay.

Signed: December 1, 2014

Dennis L. Howell
United States Magistrate Judge